IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-26-WYD-BNB

THE GREAT WESTERN TORTILLA COMPANY, a Colorado corporation,

Plaintiff,

v.

J.C. FORD COMPANY, a California corporation,

Defendant.
_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Joint Motion to Vacate Pretrial Conference** (the "Motion"), filed on July 28, 2005.

IT IS ORDERED that the Motion is GRANTED and the Pretrial Conference set for August 9, 2005, is **vacated and reset to September 20, 2005, at 9:30 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  The proposed Scheduling Order, submitted pursuant to District of Colorado ECF Procedures V.L.1.b., is due on or before **September 13, 2005**.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2B.

DATED:  August 1, 2005