IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  04-D-26 (BNB)

THE GREAT WESTERN TORTILLA COMPANY, a Colorado corporation,

     Plaintiff(s),

v.

J. C. FORD COMPANY, a California corporation,

     Defendant(s).

_____

### ORDER OF DISMISSAL
_____

The parties have filed a Stipulation for Dismissal with Prejudice on August 16,

2005.  After a careful review of the Stipulation and the file, the Court concludes that the

case should be dismissed with prejudice.  Accordingly, it is

ORDERED that this matter is DISMISSED WITH PREJUDICE, each party to pay

their own costs and attorney's fees.

Dated:  August 18, 2005

                    BY THE COURT:


                    s/ Wiley Y. Daniel
                    Wiley Y. Daniel
                    U. S. District Judge